UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3718-JVS (JEM) | Date | July 15, 2022 |
|---|---|---|---|
| Title | Dean Manes v. Los Angeles County Sheriff Dep't, et al. | | |

Present: The Honorable    John E. McDermott, United States Magistrate Judge

S. Lorenzo
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

**Proceedings:**   **(IN CHAMBERS) ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL (Docket No. 13)**

On July 8, 2022, Plaintiff filed a "Motion for Voluntary Dismissal" ("Motion"), in which he asks the Court to dismiss this action if his motions to vacate or set aside a prior PLRA strike and to proceed in forma pauperis were denied. The district judge has denied Plaintiff's motion to vacate and his request to proceed in forma pauperis. Accordingly, the Court construes Plaintiff's Motion as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and this action shall be dismissed without prejudice.

cc:   Parties

:
Initials of Preparer     slo